```
                   United States District Court
                      District of Massachusetts
```

|  |  |
|---|---|
| John Doe, Father and Next Friend of A, B and C, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 18-12547-NMG |
| v. ) ) | |
| Linda Spears et al., ) ) | |
| Defendants. ) ) | |

## MEMORANDUM & ORDER

**GORTON, J.**

By its memorandum and order entered October 27, 2023, (Docket No. 85) this Court ordered plaintiff to file an amended complaint or seek final judgment on or before Thursday, November 9, 2023. As of this date, plaintiff has not pursued either course of action.

The Court allowed defendants' motion to dismiss but apprised plaintiff of his opportunity to file a second amended complaint concerning a procedural due process claim in September, 2022. Shortly thereafter, plaintiff filed an appeal of the dismissed claims which was dismissed by the First Circuit Court of Appeals as premature in July, 2023. Plaintiff has had ample time to file a second amended complaint and has failed to comply with this Court's prior order.

Accordingly, the action will be **DISMISSED**.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: December 4, 2023